IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cheryl A. McGill,

    Plaintiff,

  v.                              Case No. 2:20-cv-2940

Commissioner of
Social Security,

    Defendant.

## ORDER

This matter is before the court for consideration of the July 22, 2021, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the Commissioner's decision be affirmed. The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report will result in a waiver of the right to *de novo* review by the district judge and waiver of the right to appeal the judgment of the district court. Doc. 21, p. 15. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court agrees with the report and recommendation of the magistrate judge (Doc. 21), and it is hereby adopted. The decision of the Commissioner is affirmed, and this action is dismissed. The clerk is directed to enter final judgment in this case.

Date: August 9, 2021                    s/James L. Graham
                                          James L. Graham
                                          United States District Judge